UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O&R CONSTRUCTION, LLC; DIE-MENSION CORPORATION; VINOTEMP INTERNATIONAL CORPORATION; CPRINT, INC.; ALTAFLO, LLC; and FLOW SCIENCES INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DUN & BRADSTREET CREDIBILITY CORPORATION; DUN & BRADSTREET CORPORATION; and DUN & BRADSTREET, INC.,<br><br>Defendants. | C12-2184 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 243, the deadline set forth in the Order entered May 5, 2017, docket no. 241, for the parties to file a supplemental brief, revised proposed forms of notices to class members, a revised stipulation of settlement, and any proposed opt-out form is EXTENDED to June 23, 2017.

(2) The deferred portion of plaintiff's third motion for preliminary approval of class action settlement, docket no. 238, is RENOTED to June 23, 2017.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1