UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

O&R CONSTRUCTION, LLC;
DIE-MENSION CORPORATION;
VINOTEMP INTERNATIONAL
CORPORATION; CPRINT, INC.;
ALTAFLO, LLC; and FLOW
SCIENCES INC., individually and on
behalf of all others similarly situated,

        Plaintiffs,

  v.

DUN & BRADSTREET
CREDIBILITY CORPORATION; DUN
& BRADSTREET CORPORATION;
and DUN & BRADSTREET, INC.,

        Defendants.

C12-2184 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties have stipulated to the withdrawal of Michael D. McKay of K&L Gates LLP as attorney of record for defendant Dun & Bradstreet Credibility Corporation ("DBCC"). *See* Stipulation (docket no. 254).[1] Both Michael D. McKay and Thomas M. Brennan of McKay Chadwell, PLLC appeared in this action on behalf of DBCC. Notice (docket no. 15). Thomas M. Brennan withdrew on June 26, 2017. *See* Notice (docket no. 247). No motion was made, however, and no leave was granted pursuant to Local Civil Rule 83.2(b), to permit McKay Chadwell, PLLC to withdraw, or to allow K&L Gates LLP to substitute, as counsel for DBCC. Although McKay

---

[1] Contrary to the Order entered May 5, 2017, docket no. 241, the parties' stipulation was improperly captioned and also filed in closed cases C14-855, C14-1021, C14-1288, and C14-1404.

MINUTE ORDER - 1

1 | Chadwell, PLLC has "closed [its] doors," with Michael D. McKay moving to K&L Gates LLP and Thomas M. Brennan opening Brennan Legal, PLLC, *see* http://www.mckay-chadwell.com, the firm remains "active," with a registration expiration date of March 31, 2018, *see* https://www.sos.wa.gov/corps/search_detail.aspx?ubi=601614022.  The Court therefore TREATS the parties' stipulation as seeking leave for Michael D. McKay, as well as his former and current firms, to withdraw as counsel of record for DBCC, and GRANTS such request.  Michael D. McKay, McKay Chadwell, PLLC, and K&L Gates LLP are deemed to have withdrawn, effective as of the date of this Minute Order.  The Court further TREATS the parties' stipulation as a notice of appearance by Charles C. Huber of Lane Powell PC on behalf of DBCC, effective as of the date of the parties' stipulation, September 28, 2017.

(2)     The Clerk is DIRECTED to update the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of October, 2017.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2