UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O&R CONSTRUCTION, LLC; DIE-MENSION CORPORATION; VINOTEMP INTERNATIONAL CORPORATION; CPRINT, INC.; ALTAFLO, LLC; and FLOW SCIENCES INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DUN & BRADSTREET CREDIBILITY CORPORATION; DUN & BRADSTREET CORPORATION; and DUN & BRADSTREET, INC.,<br><br>Defendants. | C12-2184 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' second joint motion for a status conference, docket no. 257, is DENIED. The Court remains persuaded that conducting a status conference for the purpose of facilitating a settlement would be inappropriate in light of the Court's responsibilities under Federal Rule of Civil Procedure 23(e). The parties' suggestion that they seek only to "better understand" the Court's Order entered on October 13, 2017, docket no. 256, seems disingenuous. The Court's Order is clear and means what it says.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1