THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| O&R CONSTRUCTION, LLC; DIE-MENSION CORPORATION; VINOTEMP INTERNATIONAL CORPORATION; CPRINT, INC.; ALTAFLO, LLC; and FLOW SCIENCES INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DUN & BRADSTREET CREDIBILITY CORPORATION; DUN & BRADSTREET CORPORATION; and DUN & BRADSTREET, INC.,<br>Defendants. | No. 2:12-cv-02184-TSZ<br><br>CLASS ACTION<br><br>**STIPULATED MOTION TO VACATE OR DECERTIFY SETTLEMENT CLASS**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 1, 2017** |

WHEREAS on April 2, 2017, plaintiffs submitted an Unopposed Motion and Memorandum in Support of Preliminary Approval of Second Amended Class Action Settlement ("Motion for Preliminary Approval") [Dkt. # 238] requesting preliminary approval of the settlement established in the Second Amended Stipulation of Settlement;

WHEREAS pursuant to the Second Amended Stipulation of Settlement [Dkt. # 239-1], Defendants consented to certification of a settlement class "solely for the purposes" of settlement (*see* Second Amended Stipulation of Settlement § 3.1);

WHEREAS on May 5, 2017, the Court granted, in part, and deferred in part the Motion for Preliminary Approval [Dkt. # 241] (the May 5 Order"). Among other things, the May 5 Order (i) consolidated Case Nos. C12-2184, C14-855, C14-1021, C14-1288, and C14-1404 into Case

STIPULATED MOTION TO VACATE OR DECERTIFY
SETTLEMENT CLASS - 1
No. 2:12-cv-02184-TSZ
127173.0001/7144682.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

No. C12-2184; (ii) certified a class for settlement purposes; (iii) appointed class representatives, class counsel and an escrow agent; (iv) appointed a settlement administrator; and (v) ordered the parties to submit supplemental briefing addressing certain issues raised in the Court's order;

WHEREAS on August 8, 2017, the parties executed a Third Amended Stipulation of Settlement [Dkt. # 251-1], which was submitted to the Court in support of Plaintiffs' and Class Counsel's Supplemental Brief Pursuant to the Court's May 5, 2017 Order [Dkt. # 250] filed that same day;

WHEREAS on October 13, 2017, the Court issued an order [Dkt. # 256] (the October 13 Order") that, among other things, (i) denied without prejudice the deferred portion of the Motion for Preliminary Approval; (ii) stated that the "class defined in the [May 5 Order] will remain certified for settlement purposes pending further order; and (iii) set a deadline of December 12 for the parties to submit a renewed motion for preliminary approval or a joint status report addressing certain issues described in the October 13 Order;

WHEREAS the parties are not able to reach agreement on an amended stipulation of settlement and have agreed to terminate the Third Amended Stipulation of Settlement;

WHEREAS the Second Amended Stipulation of Settlement and Third Amended Stipulation of Settlement provide that if the settlement does not become effective, then Defendants' consent to certifying a settlement class "shall automatically be rescinded and withdrawn as if it had never been given" and "the Actions shall proceed as though the Settlement Class had never been certified";

WHEREAS the parties have agreed to request that the Court (a) vacate those portions of the May 5 Order that (i) certified a class for settlement purposes; (ii) appointed Class Representatives, Class Counsel and an Escrow Agent; (iii) appointed a Settlement Administrator; and (iv) concluded that the Settlement Class satisfies the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(3) (*see* May 5 Order at pp. 10-11, paragraphs (2)-(5)); or, in the alternative, (b)  decertify the Settlement Class and rescind the appointments of Class Representatives, Class Counsel, Escrow Agent and Settlement Administrator; and

STIPULATED MOTION TO VACATE OR DECERTIFY
SETTLEMENT CLASS - 2
No. 2:12-cv-02184-TSZ

127173.0001/7144682.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1  WHEREAS the parties are continuing to discuss next steps, including alternative forms of resolution for this matter, and intend to provide further information to the Court as required by the October 13 Order;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties in the above-captioned actions, as follows:

1. The Third Amended Stipulated Settlement Agreement is terminated.

2. The parties request that the Court (a) vacate those portions of the May 5 Order that (i) certified a class for settlement purposes; (ii) appointed Class Representatives, Class Counsel and an Escrow Agent; (iii) appointed a Settlement Administrator; and (iv) concluded that the Settlement Class satisfies the requirements of Federal Rule of Civil Procedure 23(a) and 23(b)(3) (*see* May 5 Order at pp. 10-11, at paragraphs (2)-(5));  or, in the alternative, (b) decertify the Settlement Class and rescind the appointments of Class Representatives, Class Counsel, Escrow Agent and Settlement.

3. Nothing herein shall effect the parties' obligation to submit, by December 12, 2017, a joint case status statement containing the items required by the October 13 Order.

DATED: December 1, 2017

By: *s/Richard F. Schwed*
RICHARD F. SCHWED (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
T:  212/848-4000;  F: 212/848-7179
E-mail:rschwed@shearman.com

MIKAEL A. ABYE (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
T:  415/616-1100; F: 415/616-1199
Email:   mabye@shearman.com

CHARLES C. HUBER, WSBA #18941
LANE POWELL PC
P.O Box 91302
Seattle, WA 98111
T:  206/223-7000; F: 206/223-7107
Email:   huberc@lanepowell.com

Attorneys for Defendants

STIPULATED MOTION TO VACATE OR DECERTIFY
SETTLEMENT CLASS - 3
No. 2:12-cv-02184-TSZ
127173.0001/7144682.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

| | | |
|---|---|---|
| 1 | DATED: December 1, 2017 | By: *s/Thomas E. Egler* |

THEODORE J. PINTAR (admitted *pro hac vice*)
THOMAS E. EGLER (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: tedp@rgrdlaw.com
       tome@rgrdlaw.com

STUART A. DAVIDSON (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
E-mail: sdavidson@rgrdlaw.com

BRAD J. MOORE, WSBA #21802
STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
200 Second Avenue West
Seattle, WA 98119
Telephone: 206/448-1777
206/728-2131 (fax)
E-mail: brad@stritmatter.com

ROSS E. SHANBERG (admitted *pro hac vice*)
SHANBERG, STAFFORD & BARTZ LLP
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612
Telephone: 949/622-5444
949/622-5448 (fax)
E-mail: rshanberg@ssbfirm.com

JACK LANDSKRONER (admitted *pro hac vice*)
DREW LEGANDO (admitted *pro hac vice*)
LANDSKRONER • GRIECO • MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
E-mail: jack@lgmlegal.com
       drew@lgmlegal.com

Attorneys for Plaintiffs

STIPULATED MOTION TO VACATE OR DECERTIFY SETTLEMENT CLASS - 4
No. 2:12-cv-02184-TSZ

127173.0001/7144682.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List below:

**A.     Mailing Information for a Case 2:12-cv-02184-TSZ O&R Construction, LLC v. Dun & Bradstreet Credibility Corporation et al**

    **1.     Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mikael A. Abye**
  Mikael.Abye@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,ron.cheatham@shearman.com,manattyoffice@shearman.com
- **Aaron A Bartz**
  abartz@ssbfirm.com
- **Lea Malani Bays**
  lbays@rgrdlaw.com,ldeem@rgrdlaw.com
- **Christopher Chorba**
  cchorba@gibsondunn.com
- **Christopher Collins**
  chrisc@rgrdlaw.com,kathryns@rgrdlaw.com,ldeem@rgrdlaw.com
- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,5147990420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com
- **Thomas E Egler**
  TomE@rgrdlaw.com,e_file_sd@csgrr.com
- **Charles C Huber**
  huberC@lanepowell.com,rainesm@lanepowell.com,docketing-sea@lanepowell.com
- **Frank J Janecek , Jr**
  frankj@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Jack Landskroner**
  jack@lgmlegal.com,julie@lgmlegal.com
- **Drew Legando**
  drew@lgmlegal.com,debra@lgmlegal.com
- **Timothy W Loose**
  tloose@gibsondunn.com,zperez@gibsondunn.com,kwelch@gibsondunn.com
- **Michael D McKay**
  michael.mckay@klgates.com,julia.knitter@klgates.com
- **Bradley Jerome Moore**
  brad@stritmatter.com,pattis@stritmatter.com
- **Zathrina Zasell G Perez**
  zperez@gibsondunn.com,tloose@gibsondunn.com
- **Theodore J Pintar**
  TedP@rgrdlaw.com
- **Richard F Schwed**
  rschwed@shearman.com,stephen.kam@shearman.com,CourtAlert@Shearman.com,manattyoffice@shearman.com,managing-attorney-
STIPULATED MOTION TO VACATE OR DECERTIFY
SETTLEMENT CLASS - 5
No. 2:12-cv-02184-TSZ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

127173.0001/7144682.1

> 5081@ecf.pacerpro.com,Mariusz.Jedrzejewski@Shearman.com,nicole.gragg@shearman.com,leng@shearman.com
> - **Ross E Shanberg**
>   rshanberg@ssbfirm.com
>
>   2.       **Manual Notice List**
>
> The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).
> - (No manual recipients)

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 1st day of December, 2017, at Seattle, Washington.

By:  *s/Richard F. Schwed*

RICHARD F. SCHWED (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone:  212/848-4000
212/848-7179 (fax)
E-mail:  rschwed@shearman.com

MIKAEL A. ABYE (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  415/616-1100
415/616-1199 (fax)
Email:   mabye@shearman.com

STIPULATED MOTION TO VACATE OR DECERTIFY
SETTLEMENT CLASS - 6
No. 2:12-cv-02184-TSZ

127173.0001/7144682.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107