UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

O&R CONSTRUCTION, LLC; DIE-MENSION CORPORATION; VINOTEMP INTERNATIONAL CORPORATION; CPRINT, INC.; ALTAFLO, LLC; and FLOW SCIENCES INC., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

DUN & BRADSTREET CREDIBILITY CORPORATION; DUN & BRADSTREET CORPORATION; and DUN & BRADSTREET INC.,

Defendants.

2:12-cv-02184-TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE (10-14 days)** | **March 4, 2019** |
| Any motion related to class certification[1] must be filed by | TBD |
| Any motion for leave to amend pleadings filed by | June 7, 2018 |
| All dispositive motions must be filed by | August 30, 2018 |

---

[1] The Court has not determined whether to require a new motion for class certification or to reinstate the motions that had been filed and were pending when the parties advised the Court that they had reached a settlement in principle.

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 1

| | |
|---|---|
| All motions in limine must be filed by | January 17, 2019 |
| Agreed pretrial order due | February 15, 2019 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | February 15, 2019 |
| Pretrial conference to be held at 1:30 p.m. on | February 22, 2019 |

These dates are set at the direction of the Court after reviewing the joint status report submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown.

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom at least one day before trial commences. Each exhibit shall be clearly marked. Plaintiffs' exhibits shall be numbered consecutively beginning with 1; defendants' exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiffs' last exhibit. For example, if plaintiffs' last exhibit is numbered 159, then defendants' exhibits shall begin with the number 200. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial might have to await the completion of other cases.

Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk