EXECUTION VERSION

THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| O&R CONSTRUCTION, LLC; DIE-MENSION CORPORATION; VINOTEMP INTERNATIONAL CORPORATION; CPRINT, INC.; ALTAFLO, LLC; and FLOW SCIENCES INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>DUN & BRADSTREET CREDIBILITY CORPORATION; DUN & BRADSTREET CORPORATION; and DUN & BRADSTREET, INC.,<br><br>      Defendants. | No. 2:12-cv-02184-TSZ<br><br>STIPULATION OF DISMISSAL |

IT IS STIPULATED AND AGREED by the attorneys for Plaintiffs and Defendants in the above-captioned consolidated actions (the "Actions") that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Actions be and hereby are dismissed. Such dismissal shall be with prejudice against all the named Plaintiffs, and without prejudice as to the claims of any putative class.

DATED:  January 12, 2018    By:  s/Richard F. Schwed

RICHARD F. SCHWED (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY  10022-6069
Telephone:  212/848-4000
212/848-7179 (fax)
E-mail:  rschwed@shearman.com

MIKAEL A. ABYE (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:  415/616-1100
415/616-1199 (fax)
Email:  mabye@shearman.com

CHARLES C. HUBER, WSBA #18941
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
P.O Box 91302
Seattle, WA 98111
Telephone: 206/223-7000
206/223-7107 (fax)
Email:  huberc@lanepowell.com

*Attorneys for Defendants The Dun & Bradstreet Corporation; Dun & Bradstreet, Inc.; and Dun & Bradstreet Credibility Corporation*

EXECUTION VERSION

| | |
|---|---|
| DATED: January 12, 2018 | By: s/Timothy W. Loose |

CHRISTOPHER CHORBA (admitted *pro hac vice*)
TIMOTHY W. LOOSE (admitted *pro hac vice*)
ZATHRINA ZASELL G. PEREZ (admitted *pro hac vice*)
GIBSON, DUNN & CRUCHER LLP
333 S. Grand Avenue, 52nd Floor
Los Angeles, CA 90071-3197
Telephone: 213/229-7000
213/229-7520 (fax)
E-mail: cchorba@gibsondunn.com
tloose@gibsondunn.com
zperez@gibsondunn.com

*Attorneys for Defendant Dun & Bradstreet Credibility Corporation*

EXECUTION VERSION

DATED: January 12, 2018

By: s/Thomas E. Egler

THEODORE J. PINTAR (admitted *pro hac vice*)
THOMAS E. EGLER (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: tedp@rgrdlaw.com
tome@rgrdlaw.com

STUART A. DAVIDSON (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
E-mail: sdavidson@rgrdlaw.com

BRAD J. MOORE, WSBA #21802
STRITMATTER KESSLER WHELAN KOEHLER MOORE KAHLER
200 Second Avenue West
Seattle, WA 98119
Telephone: 206/448-1777
206/728-2131 (fax)
E-mail: brad@stritmatter.com

ROSS E. SHANBERG (admitted *pro hac vice*)
SHANBERG, STAFFORD & BARTZ LLP
19200 Von Karman Avenue, Suite 400
Irvine, CA 92612
Telephone: 949/622-5444
949/622-5448 (fax)
E-mail: rshanberg@ssbfirm.com

EXECUTION VERSION

JACK LANDSKRONER (admitted *pro hac vice*)
DREW LEGANDO (admitted *pro hac vice*)
LANDSKRONER • GRIECO • MERRIMAN, LLC
1360 West 9th Street, Suite 200
Cleveland, OH 44113
Telephone: 216/522-9000
216/522-9007 (fax)
E-mail: jack@lgmlegal.com
          drew@lgmlegal.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2018.

s/ THOMAS E. EGLER
THOMAS E. EGLER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  tome@rgrdlaw.com

# Mailing Information for a Case 2:12-cv-02184-TSZ O&R Construction, LLC v. Dun & Bradstreet Credibility Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mikael A. Abye**
  Mikael.Abye@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,ron.cheatham@shearman.com,manattyoffice@shearman.com

- **Aaron A Bartz**
  abartz@ssbfirm.com

- **Lea Malani Bays**
  lbays@rgrdlaw.com,ldeem@rgrdlaw.com

- **Christopher Chorba**
  cchorba@gibsondunn.com

- **Christopher Collins**
  chrisc@rgrdlaw.com,kathryns@rgrdlaw.com,ldeem@rgrdlaw.com

- **Stuart A. Davidson**
  sdavidson@rgrdlaw.com,5147990420@filings.docketbird.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Thomas E Egler**
  TomE@rgrdlaw.com,e_file_sd@csgrr.com

- **Charles C Huber**
  huberC@lanepowell.com,rainesm@lanepowell.com,docketing-sea@lanepowell.com

- **Frank J Janecek , Jr**
  frankj@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jack Landskroner**
  jack@lgmlegal.com,julie@lgmlegal.com

- **Drew Legando**
  drew@lgmlegal.com,debra@lgmlegal.com

- **Timothy W Loose**
  tloose@gibsondunn.com,zperez@gibsondunn.com,kwelch@gibsondunn.com

- **Michael D McKay**
  michael.mckay@klgates.com,julia.knitter@klgates.com

- **Bradley Jerome Moore**
  brad@stritmatter.com,pattis@stritmatter.com

- **Zathrina Zasell G Perez**
  zperez@gibsondunn.com,tloose@gibsondunn.com

- **Theodore J Pintar**
  TedP@rgrdlaw.com

- **Richard F Schwed**
  rschwed@shearman.com,stephen.kam@shearman.com,CourtAlert@Shearman.com,manattyoffice@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Mariusz.Jedrzejewski@Shearman.com,nicole.gragg@shearman.com,leng@shearman.com

- **Ross E Shanberg**
  rshanberg@ssbfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`